UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RODGER RICKETTS

                                  Plaintiff,

                -against-

THE CITY OF NEW YORK,
POLICE OFFICER VINCENT TURTON (TAX 942629),
POLICE OFFICER DANIEL REYES (TAX 940627),
POLICE OFFICER PATRICK O'CONNOR (TAX 937205),
POLICE OFFICER FELIX NG (TAX 944848),
POLICE OFFICER ANDERSON HENRY (TAX 938651),
POLICE SERGEANT TSZ KWAN (TAX 935140),

                                  Defendants.
------------------------------------------------------------------------X

NOTICE OF APPEARANCE

12 CV 6427 (ILG) (SMG)

To the Clerk of this Court and all parties of record:

      Please enter Joseph E. Gorczyca, Esq (JG0966) appearance as co-counsel in this case for the Plaintiff. Mr. Gorczyca attempted to file his notice with PACER, however, his PACER electronic account is not working properly. Mr. Gorczyca has already contacted PACER's technical staff and will file a duly executed notice of appearance upon the resolution of the technical problem.

      I certify that Mr. Gorczyca and Mr. Lawlor are an attorneys duly admitted to practice in this Court.

Dated:      New York, New York
              November 25, 2014

                                          Yours, etc.,

                                               /s/    /S/
                                    Joseph E. Gorczyca [JG0966]
                                    Ryan Lawlor [RL7354]
                                    LAW    OFFICES    OF    MICHAEL    S.
                                    LAMONSOFF, PLLC

Attorneys for Plaintiff
RODGER RICKETTS
80 Maiden Lane, 12th Floor
New York, New York 10038
(212) 962-1020

Case 1:12-cv-06427-SMG   Document 44   Filed 11/25/14   Page 2 of 2 PageID #: 165